**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In Re: Letter of Rogatory Request from Germany in the Matter of Michael Pohle, et al.

No. MC 06-121-PHX-SMM

**ORDER**

WHEREAS, the United States of America, by its attorney, Paul K. Charlton, United States Attorney for the District of Arizona, on behalf of Mr. Waltraud Stuhldreier, Chief Public Prosecutor for the Public Prosecutor's Office in Cologne, Germany, pursuant to a letter rogatory request under the authority of the Treaty On Mutual Legal Assistance in Criminal Matters between Germany and the United States, is seeking to obtain bank records and any other documentation, for use in connection with an ongoing criminal investigation by the Public Prosecutor's Office in Cologne, Germany under File number 241 AR 435/05, regarding Michael Pohle, and Paul Winter.

NOW THEREFORE,

**IT IS HEREBY ORDERED**, pursuant to Title 28, United States Code section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Kevin Rapp, Assistant United States Attorney, District of Arizona, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain the bank records and related information from Chase Bank formerly Bank One of Bullhead City, Arizona, for account number 651654717 opened in the name of Michael Pohle, Paul Winter, and/or Fine

1 Automobiles; and for any account opened **or closed** in the name of Michael Pohle, Paul
2 Winter, and/or Fine Automobiles at Chase Bank formerly Bank One of Bullhead City,
3 Arizona, to submit said information to the United States Attorney for the District of
4 Arizona for transmission to the United States Department of Justice or its designee.

5 **IT IS FURTHER ORDERED** that the United States Attorney's Office shall serve
6 Chase Bank formerly Bank One, Bullhead City, Arizona, with a copy of this Order and
7 the subpoena, on or before December 15th, 2006.

8 DATED this 8th day of December, 2006.

*[signature]*
Stephen M. McNamee
United States District Judge